

# NUMBER 13-24-00108-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF E.S.E.D., A CHILD

## ON APPEAL FROM THE 404TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Silva**
**Memorandum Opinion by Justice Benavides**

On January 30, 2024, appellant filed a notice of appeal. On February 8, 2024, appellant was asked to remit the $205.00 filing fee within ten days from the date of the notice. On March 12, 2024, the Clerk of the Court again notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(b), (c).

Furthermore, the clerk's record was due on May 9, 2024. On May 9, 2024, the Clerk of the Court notified appellant that the deputy district clerk, Silvia Mata, informed the Court that appellant failed to make arrangements for payment of the clerk's record. Appellant was notified that unless she made arraignments to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See id.* R. 37.3(b).

Appellant has not paid the filing fee, and no clerk's record has been filed due to appellant's failure to pay or make payment arrangements. Additionally, appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
6th day of June, 2024.

2